COLUMBUS BAR ASSOCIATION *v.* McCOY.

[Cite as Columbus Bar Assn. *v.* McCoy (1986), 28 Ohio St. 3d 96.]

(D.D. No. 86-27—Decided December 24, 1986.)

*Nancy L. Sponseller* and *Thomas H. Grace,* for relator.
*William E. Boyland,* for respondent.

*Per Curiam.* Upon careful review of the entire record in this case, the stipulations and the arguments of counsel, we concur with the findings of the board that relator violated the aforementioned Disciplinary Rules. For this reason, it is the judgment of this court that respondent be indefinitely suspended from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.